IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAN BOGER, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 16-cv-00546-PJM |
| ) | |
| SPROUT LENDING, LLC ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby provides notice of dismissal of his individual claims in this action without prejudice.

Plaintiff,
By Counsel,
Dated: April 18, 2016                By: /s/ Anthony I. Paronich

                Anthony I. Paronich
                BRODERICK LAW, P.C.
                99 Summer St., Suite 304
                Boston, MA 02110
                Phone:  (508) 221-1510
                anthony@broderick-law.com
                *Admitted Pro Hac Vice*

                Stephen H. Ring (Bar No. 00405)
                STEPHEN H. RING, P.C.
                9901 Belward Campus Drive, Suite 175
                Rockville, MD 20850
                Phone: (301) 563-9249
                Fax: (301) 563-9639
                shr@ringlaw.us